USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIYAH WHITE,

                Plaintiff,

-against-

TRUEACCORD CORP.,

                Defendant.

24-CV-02120 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    On March 25, 2024, the Court ordered the parties to appear for an Initial Pretrial Conference on May 21, 2024, and to submit a joint letter and proposed Civil Case Management Plan in advance of the conference on May 14, 2024. Dkt. No. 5. To date, Plaintiff has not filed any proof of service of Defendant, Defendant has not appeared, and the parties have not filed any such joint letter or proposed Civil Case Management Plan.

    Accordingly, it is hereby ORDERED that the Initial Pretrial Conference is ADJOURNED *sine die*. No later than **May 22, 2024**, counsel for Plaintiff shall file a letter on ECF regarding the status of this action, including whether he has made contact with any putative counsel for Defendant and the status of service.

Dated: May 17, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge